IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| AARON FLEMONS<br>ADC #119749,<br><br>   Plaintiff<br><br>v.<br><br>CORRECTIONAL MEDICAL<br>SERVICES,<br><br>   Defendant | * * * * * * * * * * * | Case No. 5:05CV00050 SWW/JFF |

## ORDER

Upon the representation by defense counsel that on this date Plaintiff has been provided the dental procedure that he seeks through his Motion for Preliminary Injunction, the extraction of a tooth, the hearing previously set for July 13, 2005 at 10:00 a.m. is hereby cancelled.

IT IS SO ORDERED, this 12th day of July, 2005.

                _____
                MAGISTRATE JUDGE
                UNITED STATES DISTRICT COURT