# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**AARON ANTHONY FLEMONS**                                                                **PLAINTIFF**
**ADC #119749**

**V.**                              **No. 5:05CV00050 JMM/BD**

**CORRECTIONAL MEDICAL SERVICES, INC.,** *et al.*                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss all claims against Michael Hudson, DDS (#214). For good cause shown, the motion is GRANTED. All claims against Michael Hudson, DDS, are dismissed without prejudice pursuant to Fed R. Civ. P. 41(a)(1).

IT IS SO ORDERED this 26th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE