**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**AARON ANTHONY FLEMONS**                                      **PLAINTIFF**

**V.**             **CASE NO.: 5:05CV00050-JMM/BMD**

**CORRECTIONAL MEDICAL SERVICES,** *ET AL.*             **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS, IN PART, the motion to dismiss of Defendant Harris (#179), and the motion to dismiss of the ADC Defendants (#192); and DISMISSES with prejudice Plaintiff's Eighth Amendment claim and state court claims of negligence and outrage against Defendants Harris, the Arkansas Department of Correction, Norris, Kelly, and Byus in their official capacities.

IT IS SO ORDERED, this 15th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE