IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AARON ANTHONY FLEMONS**                                                    **PLAINTIFF**

**V.**                    **CASE NO.: 5:05CV00050-JMM/BD**

**CORRECTIONAL MEDICAL SERVICES,** *ET AL.*                    **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere regarding the pending Motion to Dismiss (#177) filed by Separate Defendants Brian Shelton and Sandra Stratton and the Motion to Dismiss (#194) filed by Separate Defendant Sandra Mangum.  The parties have not filed any objections.  After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Motion to Dismiss (#177) filed by Separate Defendants Brian Shelton and Sandra Stratton is DENIED and the Motion to Dismiss (#194) filed by Separate Defendant Sandra Mangum is DENIED.

IT IS SO ORDERED this 26th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE