### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

AARON FLEMONS, ADC 119749                                                                 PLAINTIFF

vs.                              CASE NO. 5:05cv00050 JMM/BMD

CORRECTIONAL MEDICAL SERVICES, et al                                          DEFENDANTS

### ORDER OF DISMISSAL

Based on the stipulation filed July 28, 2008, the Court finds that this case should be dismissed.  The jury trial scheduled October 27, 2008, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of July, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE